UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALAH G. TINPAN,

    Plaintiff,                                                Civil Action No. 13-CV-12613

v.                                                       Honorable Patrick J. Duggan

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and DENYING PLAINTIFF'S MOTION TO REMAND**

On June 14, 2013, Plaintiff filed this lawsuit challenging the final decision of the Commissioner denying Plaintiff's application for social security disability insurance benefits. On December 9, 2013, Plaintiff filed a motion to remand pursuant to sentence six of 42 U.S.C. § 405(g). On April 2, 2014, Defendant filed a motion for summary judgment. The Court referred the matter to the Magistrate Judge for all pretrial proceedings.

On June 4, 2014, Magistrate Judge Charles E. Binder issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's motion to remand and grant Defendant's motion for summary judgment. At the conclusion of the R&R, Magistrate Judge Binder advises the parties that they may object and seek review of the R&R within 14 days of service upon them. R&R at 5. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." *Id.* Neither party has filed objections to the R&R, and the time to do so has expired.

2

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge. The Court therefore adopts the Magistrate Judge's R&R. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to remand is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

Dated: June 25, 2014				s/PATRICK J. DUGGAN
						UNITED STATES DISTRICT JUDGE

Copies to:

Kelie C. Schneider, Esq.
Thomas J. Bertino, Esq.
Linda Januszyk, Esq.
Meghan O'Callaghan, Esq.
Theresa M. Urbanic, Esq.